IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT E. WOODWARD,** **PLAINTIFF**
**ADC #0452670**

v. Case No. 5:19-cv-00005-KGB

**JAMES GIBSON, Warden; and**
**WENDY KELLEY, Director, ADC** **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Robert E. Woodward's complaint is dismissed with prejudice. The relief requested is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

It is so adjudged this the 10th day of February, 2020.

_____
Kristine G. Baker
United States District Judge